# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| ENTERGY GULF STATES LOUISIANA, L.L.C. AND ENTERGY TEXAS, INC. | CIVIL ACTION NO. 3:14-cv-385 |
| v. | JUDGE SHELLY D. DICK |
| LOUISIANA GENERATING LLC | MAGISTRATE JUDGE RICHARD L. BOURGEOIS, JR. |

## LOUISIANA GENERATING LLC'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes defendant Louisiana Generating LLC ("LaGen"), who files the following Supplemental Corporate Disclosure Statement in accordance with Federal Rule of Civil Procedure 7.1(b)(2):

1.

All (100%) of the member units of Louisiana Generating LLC are owned by South Central Generating LLC.

2.

All (100%) of the member units of South Central Generating LLC are owned by Cleco Cajun LLC.

3.

All (100%) of the member units of Cleco Cajun LLC are owned by Cleco Corporate Holdings LLC.

4.

All (100%) of the member units of Cleco Corporate Holdings LLC are owned by Cleco Group LLC.

19507131_2

5.

All (100%) of the member units of Cleco Corporate Group LLC are owned by Cleco Partners L.P.

Respectfully submitted:

/s/ William L. Caughman III
Linda S. Akchin (#17904)
(linda.akchin@keanmiller.com)
R. Benn Vincent, Jr. (#28793)
(benn.vincent@keanmiller.com)
William L. Caughman III (#22298)
(bill.caughman@keanmiller.com)
Matthew B. Smith (#35330)
(matthew.smith@keanmiller.com)
**KEAN MILLER LLP**
400 Convention Street, Suite 700
P. O. Box 3513 (70821-3513)
Baton Rouge, LA  70802
Telephone:  (225) 387-0999

**Attorneys for Louisiana Generating LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 19, 2019, the foregoing pleading was electronically filed with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all attorneys of record. I further certify that on the same day the foregoing pleading and notice of electronic filing was mailed, faxed, or emailed to all attorney(s) of record who are non-CM/ECF participants.

**/s/ William L. Caughman III**

2

19507131_2